F I L E D
Clerk
District Court

NOV 23 2005

For The Northern Mariana Islands
By_____
       (Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JUAN S. DEMAPAN, and )<br>MICHAEL B. KERSCHNER, )<br>)<br>Defendant, )<br>_____) | CRIMINAL CASE NO. 02-00005<br><br><br>EXIHIBIT WITHDRAWAL RECEIPT |

EXHIBIT WITHDRAWAL RECEIPT

Request for and receipt is acknowledged of the following **exhibits/documents** filed in the above matter.

AS PER ATTACHED DEFENDANT'S EXHIBIT LIST

Dated: 11/23, 2005

Acknowledge by: *Jennifer Pierce*
Richard Pierce
P.O. Box 503512
Saipan, MP 96950

Approved: *Ignacio C. Benavente*
Ignacio C. Benavente
Chief Deputy Clerk